# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Dmitriy Borisovich Razmyslovich**<br>DOB: 1998; U.S. Citizen;<br>**James Michael Nowak**<br>DOB: 1998; U.S. Citizen; | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-05980MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(I) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 5, 2017, at or near Tombstone in the District of Arizona, **Dmitriy Borisovich Razmyslovich** and **James Michael Nowak**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport a certain illegal alien, namely Daniel Garcia-Pena, and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(I).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 5, 2017, at or near Tombstone, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a grey 2010 Honda Accord at the Highway 80 Immigration Checkpoint. As the vehicle approached the pre-primary inspection area, a K-9 alerted to the vehicle. The vehicle was driven by **Dmitriy Borisovich Razmyslovich** and **James Michael Nowak** was the front seat passenger. While BPA was performing an immigration inspection of the vehicle, the K-9 alerted to the vehicle again. The BPA handler notified the inspecting officer to send the vehicle to secondary. During secondary, BPA discovered Daniel Garcia-Pena inside the truck. Garcia-Pena is not a citizen or national of the United States and does not possess any documentation that would allow him to enter or remain in the United States legally.

After *Miranda*, **Razmyslovich** admitted that he and his friend **Nowak** saw an ad on Snap Chat asking if anyone would like to pick-up someone for $600, to which they both agreed. **Razmyslovich** further admitted that **Nowak** knew the person they were working with and his name is "Willie". After driving for two hours, **Razmyslovich** and **Nowak** waited at a Burger King for an additional two hours, where they were given further instructions to drive to Purdy Lane. They picked up an unknown person waiting in the brush. They received instructions to put the person in the trunk of the car. **Razmyslovich** pulled over and **Nowak** placed him in the trunk.

Garcia-Pena stated that he arranged to be smuggled into the United States in exchange for money. He further stated that after entering the United States illegally, he received instructions to wait at what looked like an apartment building and a house. He was only there for 5 minutes before he was picked up by two males in a sedan. About 30 minutes later, the car pulled off the road and the passenger ordered him to get in the trunk of the car.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Daniel Garcia-Pena

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>US Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | DATE: November 6, 2017 |