ELIZABETH A. STRANGE
Acting United States Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED
2017 NOV 29 PM 1:19
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Dmitriy Borisovich Razmyslovich,

(Counts 1-2)

Defendant.

CR 17-1849 TUC RM (BGM)

INDICTMENT

VIOLATIONS:

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport an Illegal Alien for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Alien for Profit)
**Count 2**

**Forfeiture Allegation**
18 U.S.C. §§ 982(a)(6) & (b)(1)

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From a date unknown to on or about November 5, 2017, at or near Tombstone, in the District of Arizona, Dmitriy Borisovich Razmyslovich, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move Daniel Garcia-Pena, an illegal alien, within the United States by means of transportation or otherwise, in furtherance of such violation of

law for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

### COUNT 2

On or about November 5, 2017, at or near Tombstone, in the District of Arizona, Dmitriy Borisovich Razmyslovich, knowing and in reckless disregard of the fact that an alien, Daniel Garcia-Pena, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in **Counts 1 and 2** of this Indictment, defendant, **Dmitriy Borisovich Razmyslovich,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense, including, but not limited to a 2010 Honda Accord, VIN: 1HGCP2F32AA086513; and

If any of the property described above, as a result of any act or omission of the defendant(s): a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant(s) up to the

value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

**A TRUE BILL**

/s/

_____
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/ S /

REDACTED FOR
PUBLIC DISCLOSURE

_____
Assistant United States Attorney
Dated:   November 29, 2017

*United States of America v. Dmitriy Borisovich Razmyslovich*
*Indictment Page 3 of 3*